```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SHEMAR BRYANT,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :         22-CV-3516 (VSB)
                -against-                                  :
                                                           :            ORDER
MOTIVATE LLC,                                              :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      The parties have consented to jurisdiction before Magistrate Judge Figueredo and are in settlement approval proceedings.  (Docs. 18 19.)  Accordingly, the post-discovery conference scheduled for November 18, 2022, at 2:00 p.m., is adjourned pending further action of the Court.

SO ORDERED.

Dated:    November 15, 2022
             New York, New York

                                                                          VERNON S. BRODERICK
                                                                         United States District Judge